IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 SEP 12 PM 4: 48

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

JARED C. MAKSI,

    Plaintiff,

VS.                                        NO. 05-2577-MaA

STATE OF TENNESSEE DEPT.
OF TRANSPORTATION, ET AL.,

    Defendants.

---

ORDER STAYING PROCEEDINGS

---

Before the court is the September 6, 20056, joint motion of the parties for a stay of this proceeding to allow the parties an opportunity to pursue private mediation of this matter. For good cause shown, the motion is granted. This case is stayed pending mediation efforts of the parties. A status conference is **set Friday, October 28, 2005, at 9:00 a.m.,** at which time the parties will report to the court on the status of mediation.

It is so ORDERED this 9th day of September, 2005.

                                        SAMUEL H. MAYS, JR.
                                        UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 9-14-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 2:05-CV-02577 was distributed by fax, mail, or direct printing on September 14, 2005 to the parties listed.

---

Leslie A. Miller
Law Office of Jeffery Jones
6540 Stage Rd.
Bartlett, TN 38134

Honorable Samuel Mays
US DISTRICT COURT