UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION


**JARED C. MAKSI,**

    **Plaintiff,**

v.                                                            Cv. No. 05-2577-Ma

**STATE OF TENNESSEE DEPARTMENT
OF TRANSPORTATION, et al.,**

    **Defendants.**


# JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice, in accordance with the Order of Dismissal, docketed March 23, 2006.  Plaintiff shall pay court costs.


**APPROVED:**

__s/ Samuel H. Mays, Jr.___
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE


____March 23, 2006_____         _THOMAS M. GOULD_____
DATE                                  CLERK

                                      _____s/ Sandra McClain____
                                      (By) DEPUTY CLERK